James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>        Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br>LG ELECTRONICS, INC. and<br>LG ELECTRONICS MOBILECOMM<br>USA, INC.,<br><br>        Defendants. | Case No.: 3:18-cv-02907-WHA<br><br>**RULE 41(A)(1)(A)(I) NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, LG Electronics USA, Inc., LG Electronics, Inc., and LG Electronics MobileComm USA, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendants have not filed either an answer or a motion for summary judgment in this matter.

Date: June 15, 2018                              Respectfully submitted,

                                                   */s/ James J. Foster*
                                                   James J. Foster
                                                   Aaron S. Jacobs (CA No. 214953)
                                                   PRINCE LOBEL TYE LLP
                                                   One International Place, Suite 3700
                                                   Boston, MA 02110
                                                   617-456-8000
                                                   jfoster@princelobel.com
                                                   ajacobs@princelobel.com

2976748.v1